PFE/RJB: AUG. 2020
GJ# 5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **UNDER SEAL** |
| **ANTHONY SHAWN CLARK,** | ) |
| *also known as "Rico",* | ) |
| *also known as "Slick",* | ) |
| *also known as "Rico SoSlick",* **and** | ) |
| **TAMARA DENISE MOORE** | ) |

## INDICTMENT

**COUNT ONE:**  [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

From in or about May, 2019, a more specific date being unknown to the Grand Jury, and continuing thereafter until on or about the 18th day of May, 2020, in Madison County, within the Northern District of Alabama, the defendants,

**ANTHONY SHAWN CLARK,**
*also known as "Rico",*
*also known as "Slick",*
*also known as "Rico SoSlick",* **and**
**TAMARA DENISE MOORE,**

did knowingly, intentionally and unlawfully conspire and agree with others,

1

both known and unknown to the Grand Jury, to distribute and possess with intent to distribute fentanyl and heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

**COUNT TWO:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 2nd day of June, 2019, in Madison County, within the Northern District of Alabama, the defendant,

**ANTHONY SHAWN CLARK,**
*also known as "Rico",*
*also known as "Slick",*
*also known as "Rico SoSlick",*

did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance, and the death of a person known to the Grand Jury resulted from the use of said fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 18th day of May, 2020, in Madison County, within the Northern District of Alabama, the defendants,

**ANTHONY SHAWN CLARK,**
*also known as "Rico",*

*also known as "Slick",*
*also known as "Rico SoSlick",* **and**
**TAMARA DENISE MOORE,**

did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of fentanyl, a controlled substance, and serious bodily injury of a person known to the Grand Jury resulted from the use of said fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      */s/ Electronic Signature*
                                      ROBERT J. BECHER, SR.
                                      Assistant United States Attorney