Case 5:20-cr-00209-LCB-HNJ   Document 67   Filed 02/16/22   Page 1 of 1
Case 5:20-cr-00209-LCB-HNJ   Document 54   Filed 09/02/21   Page 2 of 5

FILED
2022 Feb-16 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: TAMARA DENISE MOORE
Case Number: 5:20-cr-209-LCB-HNJ-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **thirty (30) months** as to Count 1.

The Court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends that the defendant be housed in a facility in Aliceville, Alabama.

The defendant is remanded to the custody of the United States Marshal.

Last Name
MOORE
First Name
TAMARA
Middle Name      Suffix
DENISE
Height           Weight
5'09''           220
Hair             Eye
BLACK            BROWN
Regno            Facility
04777-509        TAL


2021-10-12

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _October 13, 21_ to _FCI Tallahassee_ at _Tallahassee Florida_, with a certified copy of this Judgment.

For Warden Erica Strong
~~United States Marshal~~

By _Robinson CSO_
~~Deputy Marshal~~